IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CR 115-077, M. Howard et. Al. |
| ) | CR 115-107, W. M. McGhee |
| LEAVE OF ABSENCE REQUEST ) | |
| BRENDAN N. FLEMING ) | |
| April 1, 2016 through April 11, 2016 ) | |
| ) | |

## ORDER GRANTING LEAVE OF COURT FOR BRENDAN N. FLEMING

**IT IS THE ORDER OF THE COURT** that Brendan N. Fleming, Counsel for the Defendant, Rachel Padgett, for the above-styled cases, is granted Leave of Court for the period of **April 1, 2016** through **April 11, 2016**. The purpose of the leave is a Family Vacation outside the State of Georgia. There are no scheduled hearings to date for any of the above-styled cases.

This 5th day of January, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Of Counsel:**
S/BRENDAN N. FLEMING
Brendan N. Fleming, LLC
2362 Washington Road
Augusta, Georgia 30904
706-849-9999
706-738-5463 Facsimile
Georgia State Bar No. 262948